Entered on Docket
September 04, 2009

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

___

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Avenue
Suite 200
Las Vegas, Nevada 89119
(702) 735-1500
Attorney for Debtor
Nevada State Bar no. 5970

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| In re:<br>ANTHONY FREDERICK &<br>CHERYL KING FREDERICK<br><br>            Debtor. | BANKRUPTCY NUMBER:<br>BK-S-09-17013-BAM<br>Chapter 13<br><br>Date: N/A<br>Time: N/A |

**ORDER VOLUNTARILY DISMISSING CHAPTER 13 BANKRUPTCY PETITION**

Having read the application of the above-named Debtor by and through his attorney, RANDOLPH H. GOLDBERG, ESQ., and good cause appearing therefore,

1

2      IT IS HEREBY ORDERED AND DECREED:

3      THAT the Chapter 13 of the Bankruptcy Case be dismissed.

4      IT IS FURTHER ORDERED that KATHLEEN LEAVITT Chapter 13 Trustee receive the

5  sum of $150. as and for services rendered in the Chapter 13 proceeding.

6

7      DATED this 3RD day of SEPTEMBER, 2009.

8  Submitted by:
   THE LAW OFFICE OF
9  RANDOLPH H. GOLDBERG, ESQ.

10 By_/s/RANDOLPH H. GOLDBERG, ESQ. /s/_
   RANDOLPH H. GOLDBERG, ESQ.
11 4000 S. EASTERN AVENUE, STE. 200
   LAS VEGAS, NV 89119
12 Attorney for Debtor

13

14 APPROVED/DISAPPROVED
   AS TO FORM AND CONTENT:
15

16 
   KATHLEEN LEAVITT
17 201 S LAS VEGAS BLVD. # 200
   LAS VEGAS, NV 89101
18

19

20

21

22

23

24

25

26

27